**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7135**

———————

EDWIN CRUZ,

Plaintiff - Appellant,

versus

UNNAMED DEFENDANTS; M. HARRISON, Correctional
Officer, Red Onion State Prison; W. FULLER,
Correctional Officer, Red Onion State Prison;
J. SYKES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-01-95-7)

———————

Submitted:  March 12, 2003          Decided:  March 26, 2003

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edwin Cruz, Appellant Pro Se.  William W. Muse, Assistant Attorney
General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edwin Cruz appeals the district court's order entering judgment pursuant to the jury's verdict. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cruz v. Unnamed Defendants, No. CA-01-95-7 (W.D. Va. June 21, 2002). We deny Cruz's motion for transfer to another correctional facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2